# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

VS.                  NO. 4:14CR00036-SWW

FRANK R. TRUDE                                DEFENDANT

## **ORDER**

On February 25, 2014, this case was called for plea and arraignment hearing before Magistrate Judge Beth Deere. Assistant United States Attorney Chris Givens and Assistant Federal Public Defender Kim Driggers were present. Mr. Givens moved to dismiss the Information filed in this case.

The Government's oral motion is granted, and this case is dismissed, this 27th day of February, 2014.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE